**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| Athanasia Sgouris, | : |
|  | : Civil Action No.: 3:09-cv-01444-RNC |
| Plaintiff, | : |
| v. | : |
| Creditors Financial Group, LLC, and DOES 1-10, | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Plaintiff, Athanasia Sgouris, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: November 13, 2009

Respectfully submitted,

By: __/s/ Sergei Lemberg_____
Sergei Lemberg (Juris No. 425027)
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666